The order below is hereby signed.

Signed: September 28, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                          )
                               )
JORGE MEDINA and CAROLINA      )    Case No. 10-00422
MEDINA,                        )    (Chapter 7)
                               )    Not for Publication in
            Debtors.           )    West's Bankruptcy Reporter
```

MEMORANDUM DECISION SUPPLEMENTING
COURT'S ORAL RULING OF SEPTEMBER 23, 2010,
<u>REGARDING HOLDING DEBTORS' COUNSEL IN CIVIL CONTEMPT</u>

On June 7, 2010, the court issued an order (Dkt. No. 25) directing the debtors' former attorney, Wilfredo Pesante, to show cause why he ought not be held in civil contempt for failing to comply with an order to disgorge fees. Pesante acknowledged at a hearing of September 23, 2010, that he had still not disgorged fees as ordered by this court. The court determined that approximately $300 of the fees paid went to cover the filing fee in the case, and accordingly agreed to amend the disgorgement order to require that only $700 of the fees be disgorged. As a sanction to prod compliance with that order, the court will require that commencing October 5, 2010, Pesante shall not file any new cases in this court until he complies with the order.

Because Pesante has had difficulty reaching the Medinas, the court decided that the $700.00 should be deposited with the clerk of the court as unclaimed funds to which the Medinas are entitled.

    An order follows.

                                    [Signed and dated above.]

Copies to: Debtors; Wilfredo Pesante; Chapter 7 Trustee; Office of United States Trustee.